No. 81–2043.   OIL TRANSPORT CO. ET AL. *v.* UNION OF TRANSPORTATION EMPLOYEES.   C. A. 5th Cir.   Certiorari denied.

No. 81–2047.   BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS FOR TEXAS, ET AL. *v.* BRIGGS ET AL.   Ct. App. Tex., 3d Sup. Jud. Dist.   Certiorari denied.

No. 81–2086.   GREEN ET AL. *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 81–2092.   BONKOWSKY *v.* BONKOWSKY.   Sup. Ct. Ohio.   Certiorari denied.

No. 81–2133.   WEINGARTNER *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–2134.   BENAVIDEZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–2148.   QUINTANA *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–2175.   BIGLEY *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–2177.   BELTEMPO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–6089.   PETSCHEN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 81–6296.   JENNINGS *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 81–6375.   UDZIELA *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–6380.   LUPO *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.